UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 25-cr-20539
Honorable Denise Page Hood

v.

Charles H. Buckles, Jr.,

Defendant.

---

**Order of Forfeiture**

---

Based upon Charles H. Buckles, Jr.'s ("defendant") Rule 11 Plea Agreement, the Superseding Information, Application for Entry of Order of Forfeiture, and other information in the record, and pursuant to Federal Rule of Criminal Procedure 32.2, 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), without contest, his interest of any and all property, real or personal, which constitutes proceeds obtained or derived, directly or indirectly, from the defendant's violations of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud).

2. A personal forfeiture money judgment in the amount of **Seven Thousand Five Hundred Dollars ($7,500.00)** which represents the amount of proceeds defendant obtained or derived, directly or indirectly, from his violation of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) is granted and entered against defendant, in favor of the United States of America.

3. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under control of defendant. To further satisfy the money judgment, defendant explicitly agrees to the forfeiture of any assets he has now, or may later acquire, as substitute assets under 21 U.S.C. § 853(p)(2) and waives and relinquishes his rights to oppose the forfeiture of substitute assets under 21 U.S.C. § 853(p)(1) or otherwise.

4. Pursuant to Fed. R. Crim. P. 32.2(b) and 32.2(b)(4)(A) and (B), this Order of Forfeiture shall become final upon entry and the personal forfeiture money judgment shall be made part of defendant's sentence and included in his Judgment.

5. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e) to allow forfeiture of substitute assets to satisfy the Money Judgment.

**IT IS SO ORDERED.**

s/Denise Page Hood
United States District Judge

Dated: December 22, 2025