**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

**U.S.A. vs. Charles H. Buckles, Jr.** **Docket No. 25-cr-20539-02**

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW** Andrea Peschke, Senior Pretrial Services Officer, presenting an official report upon the conduct of defendant, Charles H. Buckles, Jr., who was placed under pretrial release supervision by United States Magistrate Judge Kimberly G. Altman, sitting in the Court at Detroit, Michigan on September 4, 2025, under the following conditions:

1. Report as directed to Pretrial Services
2. Not apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.
3. Travel is restricted to the Eastern District of Michigan unless you have the previous consent of the pretrial services office, supervising officer or the court.
4. Obtain medical or mental health treatment as directed by the supervising officer.
5. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.
6. Submit to any testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing of a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
7. Participate in a program of inpatient or outpatient substance use treatment if directed by the pretrial services office or supervising officer.
8. Resolve all outstanding warrants as directed by the supervising officer.

The following court dates are set before Your Honor: Sentencing set for January 15, 2026, at 2:00pm

**Respectfully presenting petition for action of court and for cause as follows**:

On December 12, 2025, the defendant reported to the Detroit Pretrial Services office for drug testing. According to the U.S. Pretrial Services Officer who observed the drug test, the defendant placed the test cup inside of his pants during the test, which limited the officer's ability to accurately observe the drug screen. The sample did not produce a temperature, which is indicative of an attempt to tamper with a drug test. The defendant was directed to report to the Detroit Pretrial Services office on December 15, 2025, for an additional drug screen.

On December 15, 2025, the defendant reported to the Detroit Pretrial Services office for drug testing and submitted to a drug test which returned confirmed positive for marijuana and benzoylecgonine, a cocaine

metabolite. The defendant admitted to marijuana use but denied any personal use of cocaine, though, he admitted to being around individuals using the substance. He made a comment to the U.S. Pretrial Services Officer who collected the drug screen that he wishes for his bond to be cancelled so he can begin serving his time.

This officer spoke to the defendant on this same date regarding his drug test results and inquired if he would be interested in participating in inpatient substance abuse treatment. The defendant denied the need for treatment and stated he would rather have a hearing before Your Honor to discuss his bond being cancelled. He described himself as being "beyond stressed." This officer reached out to the defendant's therapist to notify of his positive drug test results and comments about wanting to voluntarily surrender his bond.

On December 22, 2025, the defendant reached out to this officer and advised he feels his and his family's life is in danger due to personal family information being released in his discovery. He stated, "*it may come a time when drugs are put in my face and I might have to do them to not look like a rat and not have harm come to me because of this.*" This officer again inquired if he would be interested in participating in inpatient treatment, which would remove him from any antisocial situations he is concerned with. The defendant stated, "*I think jail is the best option because after treatment the issues will still be there*."

On December 29, 2025, this officer contacted the defendant and again asked if he would be willing to participate in an inpatient substance abuse treatment program, or if he would prefer to have a hearing before the Court to discuss surrendering his bond. The defendant again denied any cocaine use and requested that this officer move forward with requesting a Bond Review Hearing.

A NCIC/LEIN dated December 17, 2025, revealed no new criminal activity. He has outstanding traffic warrants remaining out of the 19th District Court in Dearborn, the 20th District Court in Dearborn Heights, and the 37th District Court in Warren.

Pretrial Services believes the defendant would benefit from participation in an inpatient substance abuse treatment program, along with continuation in his current outpatient mental health treatment. To date, he has attended the majority of his counseling appointments and medication reviews as scheduled. However, Pretrial Services will respect the defendant's request to appear before Your Honor to discuss cancellation of his bond.

Assistant U.S. Attorneys' Kelly Fasbinder, and Kenton Craig Welkener, Jr., and defense counsel, Colin T. McLaughlin, have been notified of the request for a bond review hearing.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on January 27, 2026 at 4:00 p.m. so that Charles H. Buckles, Jr. can answer as to the above-noted violations.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2025

Respectfully,

**/s/ Andrea Peschke**

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: December 29, 2025

**THE COURT ORDERS:**

[ ] No Action

[ ] Modification of Pretrial Conditions as Requested

[x ] Bond Review Hearing and defendant to appear before the Judge assigned to the case on January 27, 2026 at 4:00 p.m.

[ ] The Issuance of a Warrant [check one]

[ ] Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

[ ] Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ] The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ] Other

ORDER OF COURT

Considered and ordered this 15th day of January 15, 2026 and ordered filed and made a part of the records in the above case.

s/Denise Page Hood

United States District Judge

Denise Page Hood